# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS LOCAL UNION 721,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PHIL LIMON,<br>　　　　Defendant. | CV 18-8470 DSF (MRWx)<br><br>JUDGMENT OF DISMISSAL |

　　The Court having been advised that the parties have entered into a settlement agreement and that Plaintiff will pursue no further action against Defendant Limon in this matter, and Plaintiff having requested that the matter be dismissed with prejudice with each party bearing his/its own legal fees and costs,

　　IT IS ORDERED AND ADJUDGED that the action be dismissed with prejudice with each party bearing his/its own legal fees and costs.

Date: May 17, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge